UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROY RASHAD WELLS EL,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST TECH FEDERAL CREDIT UNION,<br><br>    Defendant. | Case No. C23-1566 RSM<br><br>REPORT AND RECOMMENDATION |

On October 10, 2023, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) On October 16, 2023, the Court issued an order to show cause by October 27, 2023, why IFP should not be denied based on Plaintiff's omission of information necessary for the Court to determine his ability to pay. (Dkt. # 4.) Plaintiff failed to file any response. Accordingly, the Court RECOMMENDS that Plaintiff's IFP application be DENIED and Plaintiff directed to pay the filing fee. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect

REPORT AND RECOMMENDATION - 1

your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 24, 2023**.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Ricardo S. Martinez.

Dated this 30th day of October, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2