UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROY RASHAD WELLS EL,

        Plaintiff,

   v.

FIRST TECH FEDERAL CREDIT UNION,

        Defendant.

Case No. C23-1566 RSM

ORDER

Having reviewed Plaintiff Roy Rashad Wells El's application to proceed *in forma pauperis* (dkt. # 1), the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's application to proceed IFP (dkt. # 1) is DENIED. Plaintiff is directed to pay the applicable filing fee within **thirty (30) days** of the date this Order is signed. If Plaintiff fails to pay the fee, the Clerk is directed to close the file.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

ORDER - 1

Dated this 27th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2